1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUIE A. FIGG,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY<br>BOARD OF SUPERVISORS, et al.,<br><br>    Defendants. | NO. EDCV 10-1706-JHN (AGR)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the first amended complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.[1] The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered (1) granting Defendants' motions to dismiss; (2) dismissing with prejudice all federal claims against

---

[1] On September 7, 2011, Plaintiff filed objections. (Dkt. No. 97.) On September 14, 2011, Plaintiff filed a document entitled, in part, "Statement of Interests," which the Court construes as additional objections. (Dkt. No. 98.)

Defendants; and (3) dismissing without prejudice all state claims against Defendants. Any pending motions are DENIED.

DATED: October 18, 2011

JACQUELINE H. NGUYEN
United States District Judge