# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUIE A. FIGG, <br><br> Plaintiff, <br><br> v. <br><br> SAN BERNARDINO COUNTY BOARD OF SUPERVISORS, et al., <br><br> Defendants. | No. CV 10-1706-JHN (AGR) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) Judgment is entered for Defendants; (2) all federal claims against Defendants are dismissed with prejudice; and (3) all state claims against Defendants are dismissed without prejudice.

DATED: October 18, 2011

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE